1010

[No. 45246-1-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. MAURLOW TRUNALE HULETT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06238-4, Ronald Kessler, J., entered August 24, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45328-9-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. SHAMIKA GRIMES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04938-8, Carol A. Schapira, J., entered August 30, 1999. *Remanded* by unpublished per curiam opinion.

[No. 24343-1-II. Division Two. August 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA CACHE McCALLUM, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-8-00487-6, David E. Foscue, J., entered February 11, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 22480-1-II. Division Two. August 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JODY IRA REYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00274-0, David R. Draper, J., entered October 8, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Seinfeld, J.